IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIRNA MICHEL JABBOUR, *et al.*,<br>    Plaintiffs, | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 1:20-00034-JB-N |
| | ) |
| JOHN H. MERRILL, *in his official capacity as Alabama Secretary of State, et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## ORDER

This action is before the Court on the motions to appear *pro hac vice* for the Plaintiffs (Docs. 16, 17, 18, 19) filed by attorneys Jason B. Torchinksy, Shawn T. Sheehy, Dennis Polio, and Jonathan P. Lienhard ("Applicants").[1] The Local Rule governing *pro hac vice* admission states as follows:

> (1) Any attorney who is not a member of the Bar of this Court but who is admitted to practice before any United States Court for the District in which such person resides or regularly practices law, or the highest Court of any State or the District of Columbia, may, upon motion and payment of the prescribed admission fee, be admitted pro hac vice by an order of any District Judge, Magistrate Judge, or Bankruptcy Judge of this Court.
>
> (2) The attorney must attach to his/her motion a Certificate of Good Standing, dated within thirty (30) days of the application for admission, from (i) a Federal Court described in sub-paragraph (d)(1) or, if the attorney is not admitted to practice in such a court, (ii) the highest Court of the State (or District of Columbia) where the attorney resides or regularly practices law.
> …

---

[1] The assigned District Judge has referred said motions to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (2/11/2020 electronic reference).

S.D. Ala. GenLR 83.3(d).

Two of the Applicants have attached Certificates of Good Standing from the Supreme Court of Virginia, while the other two have attached Certificates of Good Standing from the District of Columbia Court of Appeals. However, their *pro hac vice* motions indicate that each of the Applicants is admitted to practice in one or more Federal Courts described in GenLR 83.3(d)(1), *supra*. Thus, each of the Applicants must provide a Certificate of Good Standing from one of those Federal Courts "dated within thirty (30) days of the application for admission…" Each of the Applicants is **ORDERED** to file such a Certificate of Good Standing in this case no later than **Thursday, March 12, 2020**. Failure to do so will result in denial of an Applicant's *pro hac vice* motion.

**DONE** and **ORDERED** this the 12th day of February 2020.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**