IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIRNA MICHEL JABBOUR AND NATIONAL DEFENSE COMMITTEE | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:20-00034-JB-N ) |
| JOHN H. MERRILL, et al., | ) ) ) |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiffs' Emergency Motion to Expedite Briefing and Decision on Plaintiffs' Motion for Preliminary Injunction (Doc. 21), Defendants' Opposition thereto, (Doc. 22), and *sua sponte* on the issue of the Court's subject matter jurisdiction.

Counsel for the parties are ordered to appear by telephone before the undersigned on **Tuesday, February 18, 2020 at 1:00 p.m.** for a status conference on these matters. To access the telephone conference, the parties are to use the following numbers:

**CALL IN**          877-336-1831

**ACCESS CODE**      8597056

At least one attorney of record for each party must participate in the conference. Any counsel wishing to attend the conference in person may appear in District Judge Jeffrey U. Beaverstock's Chambers, 155 St. Joseph Street, Mobile, AL.

Conference participants are requested to abstain from using either cell phones or the conference option on landline phones, due to their propensity to disrupt the recording system.

**DONE and ORDERED** this 14th day of February, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE