IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MIRNA MICHEL JABBOUR and<br>NATIONAL DEFENSE COMMITTEE | *<br>*<br>* | |
| Plaintiffs, | * | |
| vs. | *<br>* | Civil Action No. 1:20-0034-JB-N |
| JOHN H. MERRILL, et al., | *<br>*<br>* | |
| Defendants. | * | |

**ORDER**

Now before the Court is Plaintiffs' Emergency Motion to Expedite Briefing and Decision on Plaintiffs' Motion for Preliminary Injunction ("Motion"). (Doc. 21). Presently, Defendants are to file a Motion to Dismiss the Complaint and an opposition to preliminary injunction by February 21, 2020. (Doc. 14).

Plaintiffs propose to file reply briefs supporting preliminary injunction and briefs in opposition to dismissal by February 26, and that Defendants' reply brief supporting dismissal be required by February 28. (Doc. 21 at 2, 3). Plaintiffs further propose that any oral argument be conducted on March 3, 2020. Plaintiffs request that the Court render its decision by March 10, 2020.

Defendants oppose the Motion. (Doc. 22). Although they do not oppose Plaintiffs' filings by February 21, 2020, Defendants do ask for the benefit of Civil L.R. 7(d) which would allow seven (7) days to file a reply to Defendants' opposition to a Motion to Dismiss. Furthermore, Defendants oppose oral argument taking place on March 3, 2020 as that is Election Day. On Election Day, party defendants and potential State election witnesses may be unavailable.

The Court conducted a hearing on the Motion on February 18, 2020. Upon due consideration of the Motion, all related filings, and arguments of counsels, the Court ORDERS as follows:

- Plaintiffs' Reply Brief in Support of Preliminary Injunction and Opposition Brief to Defendants' Motion to Dismiss shall be filed not later than February 26, 2020.

- Defendants' Reply Brief in Support of their Motion to Dismiss shall be filed not later than seven (7) days after service of Plaintiffs' Opposition Brief.

- If the Court deems oral argument to be necessary on any matter relating to these filings, a separate order will be entered to schedule a hearing date and time.

**DONE** and **ORDERED** this 19th day of February, 2020.

                                           s/JEFFREY U. BEAVERSTOCK
                                           UNITED STATES DISTRICT JUDGE

Case 1:20-cv-00034-JB-N   Document 26   Filed 02/19/20   Page 2 of 2    PageID #: 472