# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MIRNA MICHEL JABBOUR** and )<br>**NATIONAL DEFENSE COMMITTEE,** )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**JOHN H. MERRILL,** in his official )<br>capacity as Alabama Secretary of State, )<br>**MOBILE COUNTY BOARD OF** )<br>**REGISTRARS, KYLE CALLAGHAN,** )<br>in his official capacity as a member of )<br>the Mobile County Board of Registrars, )<br>**JUDY MOTLOW,** in her official )<br>capacity as a member of the Mobile )<br>County Board of Registrars, and **RON** )<br>**REAMS,** in his official capacity as a )<br>member of the Mobile County Board )<br>of Registrars, )<br>)<br>    **Defendants.** ) | Case No. 1:20-cv-00034-JB-N |

## [PROPOSED] ORDER

Plaintiffs, Mirna Michel Jabbour and National Defense Committee, by their designated attorneys, filed a Motion for Leave to File a Supplemental Complaint Pursuant to Fed. R. Civ. P. 15(d).

Whereas the Court has considered Plaintiffs' motion, THE COURT FINDS that Plaintiffs have demonstrated that good cause exists and justice requires the grant of leave to file the proposed supplemental complaint.

Therefore, Plaintiff's Motion is GRANTED.

SO ORDERED, this ___ day of _____ 2020

_____
The Honorable Jeffrey U. Beaverstock
United States District Judge