UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MIRNA MICHEL JABBOUR and NATIONAL DEFENSE COMMITTEE,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, MOBILE COUNTY BOARD OF REGISTRARS, KYLE CALLAGHAN, in his official capacity as a member of the Mobile County Board of Registrars, JUDY MOTLOW, in her official capacity as a member of the Mobile County Board of Registrars, and RON REAMS, in his official capacity as a member of the Mobile County Board of Registrars,<br><br>    Defendants. | Case No. 1:20-cv-00034-JB-N |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to voluntarily dismiss the above captioned action without prejudice.

Respectfully submitted March 25, 2020,

/s/ Matthew R. Jackson
Matthew R. Jackson (JACKM7882)
C. Britton Bonner (BONNC0122)
ADAMS AND REESE LLP
11 N. Water Street, Suite 23200
Mobile, Alabama 36602
(251) 433-3234 (Phone)
(251) 438-7733 (Fax)
britton.bonner@arlaw.com
matt.jackson@arlaw.com
***Counsel for Plaintiffs***

1

Jason B. Torchinsky*
Jonathan P. Lienhard*
Shawn Sheehy*
Dennis W. Polio*
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Dwpolio@hvjt.law
*Admitted pro hac vice*
**Counsel for Plaintiffs**

Erik S. Jaffe*
SCHAERR-JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
 (202) 787-1060 (Phone)
ejaffe@schaerr-jaffe.com
*\*pro hac vice to be sought*
**Counsel for Plaintiffs**

*Steve Marshall*
*Attorney General*

s/ Misty S. Fairbanks Messick
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama  36130-0152
telephone:       334.353.8674
facsimile:        334.353.8400
Winfield.Sinclair@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
**Counsel for the State Defendants**

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed using the CM/ECF system which instantaneously sent a Notice of Electronic Filing (NEF) to all counsel required to be served.

*/s/* Matthew R. Jackson
Matthew R. Jackson